UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
FEB 0 1 2006
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TWO BANK ACCOUNTS DESCRIBED AS:<br><br>Bank Account<br>in the amount of $197,524.99<br>Bank of America<br>Seattle, Washington<br><br>Bank Account<br>in the amount of $20,537.42<br>Bank of America<br>Seattle, Washington,<br><br>Defendants. | CIV06-4016<br><br><br>ORDER TO PUBLISH<br>**NOTICE OF CIVIL FORFEITURE** |

Plaintiff United States of America, having filed its verified Complaint for Forfeiture In Rem in the above-entitled action and having arrested the defendant property herein,

It is HEREBY ORDERED that pursuant to Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, a Notice of Civil Judicial Forfeiture be published in the Brookings Register, a newspaper of general circulation at Brookings, South Dakota.

Dated this 1st day of February, 2006.

BY THE COURT:

LAWRENCE L. PIERSOL
United States District Judge

ATTEST:
Joseph Haas, Clerk
By: Shelly Margulies
    Deputy Clerk