UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAR 20 2008
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TWO BANK ACCOUNTS DESCRIBED AS:<br><br>Bank Account<br>In the amount of $197,524.99<br>Bank of America<br>Seattle, Washington<br><br>Bank Account<br>In the amount of $20,523.42<br>Bank of America<br>Seattle, Washington<br><br>Defendants. | CIV 06-4016<br><br><br><br>ORDER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After consultation with Chief Judge Karen E. Schreier, and because she has a similar case,

IT IS ORDERED:

1. That the Honorable Karen E. Schreier, Chief Judge for the District of South Dakota, will handle all further proceedings in this matter.

2. That this case will remain a Southern Division case.

Dated this 20th day of March, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shully Margulus_
         Deputy